[L. A. No. 14614. In Bank.—July 20, 1936.]

EARLE M. DANIELS, Respondent, v. BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION (a National Banking Association) et al., Appellants.

[L. A. No. 14616. In Bank.—July 20, 1936.]

GEORGE E. ALLISON, Respondent, v. BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION (a National Banking Association) et al., Appellants.

[L. A. No. 14617. In Bank.—July 20, 1936.]

LILLIAN B. CROTSLEY, Respondent, v. BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION (a National Banking Association) et al., Appellants.

Freston & Files, Ralph E. Lewis, Louis Ferrari, Edmund Nelson, O'Melveny, Tuller & Myers and Louis W. Myers for Appellants.

G. C. De Garmo and W. M. Crane for Respondents.

Mott, Vallee & Grant, Paul Vallee and Thomas D. Mott, as *Amici Curiae* on Behalf of Respondents.

THE COURT.—These three causes present factual situations similar in all material respects to that involved in the case of *Fox-Woodsum Lumber Co.* v. *Bank of America*, L. A. No. 14613 (*ante*, p. 14 [59 Pac. (2d) 1019]), this day decided. The participating certificates issued to the plaintiffs in these several causes were the same as those issued in the Fox-Woodsum Lumber Company case except as to names, dates and amounts, and all were issued during the period from 1925 to 1929.

█ Upon the authority of the decision in *Fox-Woodsum Lumber Co.* v. *Bank of America, supra,* and for the reasons therein mentioned, the judgments in these causes are, and each is, reversed.